In the Matter of the Transfer Tax upon the Estate of
FRANCES A. COSSITT, Deceased.

JOSEPH W. TAYLOR, as Executor of FRANCES A. COSSITT,
Appellant; STATE TAX COMMISSION, Respondent.

*Transfer tax — mortgage to decedent and another as "joint tenants
with the right of survivorship"— subject to transfer tax upon entire
amount unpaid at death of decedent, notwithstanding that property
covered by mortgage was owned by mortgagees prior to 1915.*

*Matter of Cossitt,* 204 App. Div. 545, affirmed.

(Argued April 18, 1923; decided May 8, 1923.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
March 7, 1923, which affirmed an order of the Monroe
County Surrogate's Court assessing a transfer tax upon
the estate of Frances A. Cossitt, deceased. The only
question at issue was as to the tax upon a bond and mort-
gage given on the 29th day of March, 1920, by the Roches-
ter Brass and Wire Works to decedent and Emma A.
Laurin, " as joint tenants with the right of survivorship."
It appeared that this mortgage was given to secure a
part of the purchase price of premises on Exchange
street, Rochester, which had been owned since 1897 by
the mortgagees as such joint tenants. The surrogate
and the Appellate Division held that under subsivision
7 of section 220 of the Tax Law, as amended in 1915, this
security was subject to tax upon the entire amount unpaid
thereon at the time of the death of said Frances A. Cossitt.
The executor contended that the transfer of this bond
and mortgage upon the death of one of the joint tenants
was of property owned prior to the enactment of chapter
664 of the Laws of 1915, because of the fact that the
real estate, upon which the mortgage was a lien, was
owned jointly by the mortgagees before that date.

*Clarence P. Moser* and *Raymond Bentley* for appellant.
*William T. Plumb* for respondent.

Order affirmed, with costs, on opinion of SEARS, J.,
below; no opinion.

Concur: HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., and McLAUGHLIN, J.

In the Matter of the Accounting of BURT JACKSON, as Executor of FRANK JACKSON, Deceased, Appellant. CAROLINE JACKSON, Respondent.

*Executors and administrators — when executor properly surcharged with portion of amount of expense incurred in defending validity of will and codicil.*

*Matter of Jackson*, 201 App. Div. 878, affirmed.

(Argued April 18, 1923; decided May 8, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 7, 1922, which affirmed a decree of the Orleans County Surrogate's Court settling the accounts of the executor of Frank Jackson, deceased. This appeal presented the single question: Can the surrogate after finding that attorneys' services necessarily performed in the defense of the will and codicil were reasonably worth the sum of $2,000, reduce such charge against the estate to $800, leaving the executor to individually pay the remaining $1,200?

*Irving L'Hommedieu* for appellant.

*S. Wallace Dempsey* and *Harry Cooper* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ATLANTIC MUTUAL INSURANCE COMPANY, Appellant, Impleaded with Another.

*Parties — New York city — action by state to revoke grants of land under water — when motion to bring in city of New York as party defendant and to stay condemnation proceedings by said city properly denied.*

*People* v. *Atlantic Mut. Ins. Co.*, 204 App. Div. 899, affirmed.

(Argued April 18, 1923; decided May 8, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 28, 1922, which affirmed